In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by ALBERT CONWAY, Superintendent of Insurance, Respondent, for an Order to Take Possession of the Property of the NORTH AMERICAN TITLE GUARANTY COMPANY.

GEORGE HELFGOTT, Appellant.

(Argued April 11, 1933; decided April 28, 1933.)

*Meyer Kraushaar* and *Jesse Climenko* for appellant.
*Robert N. Rose* and *Edward McLoughlin* for respondent.

 no opinion.

Concur: POUND, Ch. J., KELLOGG, O'BRIEN and CROUCH, JJ. Dissenting: CRANE and LEHMAN, JJ. Not sitting: HUBBS, J.